604

February 10, 1983. John Joseph Cerra, for appellant; William H. Platt, District Attorney, for Commonwealth, appellee.

Before BROSKY, CIRILLO and LIPEZ, JJ.

Order affirmed.

461 A.2d 868

Commonwealth v. Williams, Appellant.

Submitted October 18, 1982. Lee Mandell, for appellant; Gaele M. Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, BECK and MONTEMURO, JJ.

Affirmed.

461 A.2d 868

Commonwealth v. Williams, Appellant.

Submitted January 27, 1983. James Lee Goldsmith, for appellant; William A. Behe, Deputy District Attorney, for Commonwealth, appellee.